SHANNON LACH *v.* RICHARD J. WELCH, ADMINISTRATOR (ESTATE OF MICHAEL E. WELCH)
(SC 15890)

Callahan, C. J., and Borden, Norcott, Katz and Palmer, Js.

Argued December 8, 1998—officially released January 19, 1999

*Frederic E. Mascolo*, for the appellants (defendant et al.).

*James Wu*, with whom was *Joseph J. Fairchild*, for the appellee (plaintiff).

*Kenneth J. Bartschi*, with whom were *Susan M. Cormier*, *Bridget Jenkins* and, on the brief, *Michael McHale*, legal intern, for the minor child.

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was granted improvidently.[1]

The appeal is dismissed.

---

[1] We granted the defendants' petition for certification to appeal limited to the following issue: "Did the Appellate Court properly dismiss this appeal for lack of a final judgment?" *Lach* v. *Welch*, 244 Conn. 912, 713 A.2d 830 (1998).